Dear Court Of Criminal Appeals,

1447-14   April 22, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

During the last six months of 2014, before October, I wrote several letters' concerning the trouble I were having with appointed Appeal Attorney Michael Mark, who quit practiceing law before his brief was heard Oct 1, 2014.

For the purpose of evidence, Im requesting copies of those letters', which were written for record purposes to show that I did not want that brief heard, nor did I want Michael Mark as a appeal attorney and requested this to be recconized. So I want to use those letters' as evidence for (IAC) on my 11.07 Writ of habeas corpus.

Also my mother says that I've been charged $8,000°° for his attorney fees? He was appointed, what is this about.? My mom talked to a attorney who pulled up my records and it show'd a $8,000 owed fee? How can I be charged for a appointed attorney I tried desperately to fire? And, Why did the Court not "STOP THE BRIEF FROM BEING HEARD" when I made it perfectly clear that the Attorney was a fraud etc? Please send copies of letters STAMPED AS BEING RECEIVED BEFORE OCT 1, 2014.